**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PHOENIX ENTERTAINMENT PARTNERS, LLC,**

      **Plaintiff,**

**v.**                                                   Case No:   6:16-cv-80-Orl-31DAB

**ORLANDO BEER GARDEN, INC.,**

      **Defendant.**

**ORDER**

This cause comes before the Court on the Motion for Default Judgment (Doc. 13), filed March 8, 2016

On March 30, 2016, the United States Magistrate Judge issued a report (Doc. 16) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **DENIED** without prejudice.   A renewed Motion for Default Judgment may be filed by April 29, 2016.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 18, 2016.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party